UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. MJ 10-244 |
| v. | DETENTION ORDER |
| LYONELL TYRONE SAMUELS, | |
| Defendant. | |

Offense charged:

Felon in Possession of a Firearm as an Armed Career Criminal

Date of Detention Hearing: July 6, 2010

The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is serving a state sentence, which has several months yet to run. He and his counsel therefore offered no objection to the entry of an order of detention in this case.

(2) The Complaint alleges his record includes at least the following felony convictions: burglary, delivery of cocaine, and three separate convictions for conspiracy to deliver cocaine.

(3) The Complaint alleges that, when defendant was arrested on the Seattle light rail, he had no identification documents, and gave the officers a false name. A search produced a handgun with three cartridges in the magazine, and a bag containing marijuana.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

///

///

///

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

1    (4)    The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>6th</u> day of July, 2010.

                        <u>s/ John L. Weinberg</u>
                        United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)